IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,                                        PLAINTIFF,

v.                                    CIVIL ACTION NO. 3:19-cv- 3:19-cv-554-HSO-JCG

GLOCK GMBH 19GEN4 PISTOL, CAL. 9,
SERIAL NO.: BGYY348; AND ANY
AMMUNITION                                                DEFENDANT PROPERTY.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff United States of America, by and through the United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney, brings this complaint for forfeiture *in rem* and, in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, alleges as follows.

### NATURE OF THE ACTION

1. This is a civil action *in rem* to forfeit to the United States a **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition**, which were involved in violations of federal laws.

2. The **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** are subject to forfeiture under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) because the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** were used to facilitate violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) and 18 U.S.C. § 922(d)(1) (unlawful transfer of a firearm to a felon).

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 28 U.S.C. § 1331 and 18 U.S.C. § 924.

4. This District is a proper venue, under 28 U.S.C. § 1355(b)(1)(A), because the acts giving rise to this *in rem* forfeiture action occurred in this District, and under 28 U.S.C. § 1395(b) because the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** were found and seized in this District. *See* Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer Glenn Dixon's declaration, which is attached hereto as Exhibit "A" and incorporated herein by reference.

## THE DEFENDANTS *IN REM*

5. The Defendants *in rem* consist of a **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition**. On February 26, 2019, officers from the United States Marshals Service Gulf Coast Regional Fugitive Task Force seized the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** from Adrian Charleston while serving an arrest warrant on Charleston. That same day, the officers relinquished custody of the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** to the ATF. The **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** are being stored in the ATF Field Office Evidence Vault in Jackson, Mississippi.

## BASIS FOR FORFEITURE

6. The **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** are subject to forfeiture under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 because

they were used to facilitate violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) and 18 U.S.C. § 922(d)(1) (unlawful transfer of a firearm to a felon).

7. Additionally, 18 U.S.C. § 924(d)(1) provides that all provisions of the Internal Revenue Code of 1986 relating to the seizure, forfeiture, and disposition of firearms, as defined by 26 U.S.C. § 5845(a), shall, so far as applicable, extend to seizures and forfeitures under 18 U.S.C. § 924.

## FACTS AND CIRCUMSTANCES

8. A detailed account of the facts and circumstances supporting the seizure and forfeiture of the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** is set out in ATF Task Force Officer Glenn Dixon's declaration. Decl. of ATF Task Force Officer Glenn Dixon, Ex. A.

9. On April 22, 2019, the ATF received an administrative claim to the **Subject Property** from Dessierea S. Charleston (Adrian Charleston's mother), and, as a result, referred the matter to the United States Attorney's Office to initiate—within 90 days, or by July 30, 2019—judicial forfeiture proceedings for the **Subject Property**. On July 30, 2019, the United States requested—under seal—that the Court extend this deadline for 30 days. The Court granted the United States' motion, extending the deadline to initiate judicial forfeiture proceedings to August 29, 2019. *See In Re Glock GMBH 19GEN4 Pistol*, 3:19-mj-593-FKB.

10. The **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** were in the possession of Adrian Charleston and involved in his violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm). There is also sufficient evidence to support probable cause that Dessierea Shunte Charleston unlawfully transferred the firearm to Adrian Charleston, in violation of 18 U.S.C. § 922(d)(1) (unlawful transfer of a firearm to a felon).

## FIRST CLAIM FOR RELIEF
### (18 U.S.C. § 924 and 28 U.S.C. § 2461)

11. Paragraphs 1 through 9 above are incorporated by reference as if fully set forth herein.

12. The **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** are subject to seizure and forfeiture to the United States under 18 U.S.C. § 924(d)(1), which authorizes the forfeiture of "[a]ny firearm or ammunition involved in or used in . . . any violation of any other criminal law of the United States." 18 U.S.C. § 924(d)(1); *see also* 21 U.S.C. § 2461 (providing broader forfeiture authorization).

## PRAYER FOR RELIEF

Plaintiff United States requests that:

(a) the Court find that the United States has demonstrated it has a reasonable belief that the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** are forfeitable to the United States under 18 U.S.C. § 924 and 28 U.S.C. § 2461;

(b) under Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Court issue a warrant of arrest *in rem* for the arrest and seizure of the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** based on this verified complaint, which the United States will execute to bring the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** within the jurisdiction of the Court for purposes of this statutory forfeiture action;

(c)  process issue to enforce the forfeiture of the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition**;

(d)  notice of this action be given to all under Supplemental Rule G(3)(b), which the United States will execute upon the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** located in the custody of the FBI under 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c);

(e)  notice of this action be given to all persons and entities known or thought to have an interest in or right against the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** to appear and show why the forfeiture should not be decreed;

(f)  the Court decree that forfeiture of the **Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition** to the United States is confirmed, enforced, and ordered;

(g)  the Court award the United States its costs and disbursements in this action; and

(h)  the Court order such other relief that it deems just and proper.

Date: August 8, 2019

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By: _____
J. WESLEY WEBB (MSB# 104495)
Assistant United States Attorney
Office of the United States Attorney
SOUTHERN DISTRICT OF MISSISSIPPI
501 East Court Street, Suite 4.430
Jackson, MS  39201
Telephone:  601.965.4480
Facsimile:  601-965-4409
E-mail:  James.Webb2@usdoj.gov

## VERIFICATION

I, Glenn Dixon, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), that I have read the foregoing Verified Complaint for Forfeiture *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint for Forfeiture *in rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States of America, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as an ATF Special Agent.

Dated this the 8th day of August, 2019.

*/s/ Glenn Dixon*
Glenn Dixon
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,                                              PLAINTIFF,

v.                                               CIVIL ACTION NO. 3:19-cv-_____

GLOCK GMBH 19GEN4 PISTOL, CAL. 9,
SERIAL NO.: BGYY348; AND ANY
AMMUNITION                                                    DEFENDANT PROPERTY.

## DECLARATION

Under 28 U.S.C. § 1746, I, Glenn A. Dixon, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, make the following unsworn declaration, under the penalty of perjury, pertinent to the above-styled and numbered case:

### I.   BACKGROUND

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to ATF's Jackson Field Office.

2. I am empowered to investigate violations of federal firearms, arson, and explosive laws.

3. Since February of 2018, I have been employed as an ATF Task Force Officer. I am also currently employed as a Probation/Parole Agent with the Mississippi Department of Corrections. I am a 2001 graduate of the Mississippi Law Enforcement Officer's Training Academy.

4. At all times during the investigation described in this declaration, I was acting in an official capacity as an ATF Task Force Officer. I base this declaration on my personal knowledge and information I received from other federal agents and other law enforcement agencies.

5. The excerpts and descriptions included in this declaration below may not constitute the entire investigation but contain only the information that I reasonably believe is relevant to establish that the named property is subject to civil seizure and forfeiture.

6. The information contained in this declaration is provided for the limited purpose of establishing the basis for civil seizure and forfeiture of the named property. As discussed below, I submit there is a reasonable belief, as required by Rule G(2)(f) of the Supplemental Rules for

**EXHIBIT A**

Admiralty and Maritime Claims and Asset Forfeiture Actions, that the United States will meet its burden of proof at trial that the firearms named below facilitated violations of 18 U.S.C. § 922(g)(3) (unlawful user of a controlled substance in possession of a firearm). Consequently, there is a reasonable belief that these firearms are subject to forfeiture under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

## II.    PROPERTY SOUGHT TO BE FORFEITED

7.    The United States seeks the forfeiture of a Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348; and any ammunition.

## III.    FACTS AND CIRCUMSTANCES

8.    On December 12, 2018, Adrian Charleston was indicted on one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).[1] Indictment, ECF No. 3, *United States v. Adrian Charleston*, 3:18-cr-264-DPJ-FKB. The Indictment alleged that on June 30, 2018, Adrian Charleston, a felon prohibited from possessing a firearm, possessed a Glock, semi-automatic pistol, model 23, .40 caliber, serial number UCN287, and ammunition. On December 13, 2018, the United States District Court for the Southern District of Mississippi issued a warrant for Adrian Charleston. *See* Arrest Warrant, ECF No. 14.

9.    On February 26, 2019, members of the United States Marshals Service (USMS) Gulf Coast Regional Fugitive Task Force attempted to serve the arrest warrant on Adrian Charleston at his residence, located at 1576 West Capital Street Apt #219, in Jackson, Mississippi.

10.    After the officers knocked on the door and announced their presence, Charleston's girlfriend, Ebony Staten, opened the door. As officers were speaking with Staten, they observed Charleston standing in the apartment's hallway. Officers ordered Charleston to exit the residence. Charleston complied with the commands and was taken into custody at the front door of the residence.

11.    Inspector C. White and TFOs Craig and Luby entered the apartment to conduct a protective sweep and get some clothing for Charleston. After TFO Sheldon Jolliff read Charleston the Miranda Warning, he asked Charleston if there were any firearms inside of the residence. Charleston replied that there was a pistol in the closet of his bedroom that belonged to his mother. Charleston stated his mother had previously left the pistol at his apartment.

---

[1] On July 15, 2013, Hinds County Circuit Court Judge Tomie T. Green sentenced Adrian Charleston to prison for 20 years, with 15 years suspended, and a probation period of 5 years for manslaughter. *Mississippi v. Adrian Charleston*, No. 11-1-527-00 TTG (Hinds Co. Cir. Ct., filed Dec. 8, 2011).

2

**EXHIBIT A**

12. TFO Jolliff advised the other officers of the pistol in Charleston's bedroom. After officers were unable to locate the pistol, TFO Jolliff asked Charleston to be more specific as to its location. Charleston stated the pistol was inside a tote storage container bin in his bedroom closet.

13. TFO Jolliff and Inspector White then searched the tote bin in the closet and found approximately 103 grams of marijuana and a Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348 loaded with 8 rounds of ammunition at the bottom of the tote bin, underneath clothing. TFO Jolliff photographed the pistol and marijuana before removing it. Inspector C. White removed one round of ammunition from the chamber of the pistol.

14. Officers transported Charleston to the Madison County Jail to be placed into USMS custody. That same day, I retrieved the pistol and ammunition from TFO Jolliff, who also relinquished custody of the marijuana to Mississippi Bureau of Narcotics Agent J. Pitts for prosecution by the state.

15. The Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348, and ammunition are being stored in the ATF Field Office Evidence Vault in Jackson, Mississippi.

16. ATF Special Agent Braden Theobald, an Interstate Nexus Examiner, determined that the Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348 was not manufactured within Mississippi. Therefore, the firearm would have affected interstate commerce.

17. On April 5, 2019, pursuant a plea agreement and plea supplement, the court entered an Agreed Preliminary Order of Forfeiture for the firearm and ammunition Adrian Charleston had in his possession on June 30, 2018. *See* Plea Agreement, Plea Supplement, & Agreed Prelim. Order of Forfeiture, ECF Nos. 16-18, *United States v. Adrian Charleston*, 3:18-cr-264-DPJ-FKB. On July 19, 2019, the court sentenced Charleston to a prison term of 50 months, to be followed by a 3-year term of supervised release.

18. On or about April 3, 2019, the ATF sent written notices of intent to forfeit the Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348, as required by 18 U.S.C. § 983(a)(1)(A), to Charleston and Ebony Staten, who, as Charleston's co-habitant, had a possible possessory interest in the firearm. The ATF also published notice of its intent to forfeit the firearm from April 1 through April 30, 2019, on www.forfeiture.gov.

19. On April 22, 2019, the ATF received an administrative claim to the Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348 from Dessierea S. Charleston (Adrian Charleston's mother), and, as a result, referred the matter to the United States Attorney's Office to initiate judicial forfeiture proceedings.

20. An ATF firearms tracing report shows that Dessierea Shunte Charleston purchased the Glock GMBH 19GEN4 Pistol, CAL: 9, Serial No.: BGYY348 on January 18, 2019, from Charlie's Pawn Shop Inc. in Jackson, Mississippi.

**EXHIBIT A**

## IV. CONCLUSION

21.     Based on the above information, I submit there is a reasonable belief, as required by Rule G(2)(f) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, that the United States will meet its burden of proof at trial that the Subject Firearms was used to facilitate violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) and 18 U.S.C. § 922(d)(1) (unlawful transfer of a firearm to a felon) and that therefore the Subject Firearms are subject to forfeiture under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

(*signature page follows*)

**EXHIBIT A**

18. I declare, pursuant to 28 U.S.C. § 1746, that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on: 8-8-2019

Glenn Dixon
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

**EXHIBIT A**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

3:19-cv-554-HSO-JCG

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Glock GMBH 19GEN4 PISTOL, CAL. 9, SERIAL NO.: BGYY348; AND ANY AMMUNITION

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Hinds County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
J. Wesley Webb, AUSA, U.S. Attorney's Office
501 East Court Street, Suite 4.430, Jackson, MS 39201 (601) 965-4480

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 924(d)(1) and 28 U.S.C. 2461(c)

Brief description of cause:
Civil forfeiture of 1 firearm and ammunition seized from Adrian Charleston

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____   DOCKET NUMBER _____

DATE  8/8/2019
SIGNATURE OF ATTORNEY OF RECORD  /s/ J. Wesley Webb

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____